Decided February 10, 2000

SECURITY MUTUAL LIFE INSURANCE COMPANY OF
NEW YORK *v.* KINGS WEST LIMITED
PARTNERSHIP ET AL.

The petition by the receiver CB Commercial/Hampshire, LLC, for certification for appeal from the Appellate Court, 56 Conn. App. 44 (AC 18899), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Edward T. Krumeich,* in support of the petition.

*Bernard Green,* in opposition.

Decided February 10, 2000